# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

CHESTER L. KELLER, III,
SHELLIE K. REAVES *a/k/a*
SHELLIE KELLER, WYNDEL
HERNDON, JR., and all other
persons similarly situated,

    Plaintiffs,

v.

SENTINEL OFFENDER SERVICES,
LLC,

    Defendant.

CV 215-60

## ORDER

While Defendant's Motion to Dismiss, dkt. no. 19, was pending before this Court, Plaintiff filed a Motion to Certify Questions of State Law to the Supreme Court of Georgia with a supporting brief, dkt. no. 39. Defendant responded. Dkt. No. 41.

The Court takes notice of <u>Brinson v. Providence Community Corrections</u>, No. 16-11538 (11th Cir.) (Oral Argument held Jan. 25, 2017), which is on appeal to the Eleventh Circuit.[1] The appeal addresses some of the same or similar issues presented in this motion to dismiss. Additionally, the Appellant in <u>Brinson</u>

---

[1] Attorney for Plaintiff is also the attorney for Appellant in <u>Brinson</u>.

AO 72A
(Rev. 8/82)

has moved the Eleventh Circuit to certify to the Georgia Supreme Court the same or similar questions Plaintiff moves this Court to certify. Compare Dkt. No. 39 with Brinson, No. 16-11538, dkt. no. 31. In order to avoid inconsistent rulings from this Court, the Eleventh Circuit and/or the Georgia Supreme Court, the parties have consented to a stay of this case pending the Eleventh Circuit's decision in Brinson. For these reasons, the Court will defer ruling on Defendant's Motion to Dismiss, dkt. no. 19, and Plaintiff's Motion to Certify, dkt. no. 39. The present action is **STAYED** pending the resolution of similar issues in Brinson.

**SO ORDERED**, this 8th day of February, 2017.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)